AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-MJ-6069 |
| | ) | |
| ERIC D. NUNN | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 4, 2020__ in the county of __Peoria__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Brendan Westart
_____
Complainant's signature

BRENDAN WESTART, ATF TFO
_____
Printed name and title

Sworn and subscribed to me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

s/Jonathan E. Hawley

Date: __05/06/2020__
_____
Judge's signature

City and state: __Peoria, Illinois__    Jonathan E. Hawley, United States Magistrate Judge
_____
Printed name and title

# AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

**I.     Background**

I, Task Force Officer Brendan Westart, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since January 2002.

2. This affidavit is submitted in support of a criminal complaint alleging that Eric D. Nunn violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

II.  **Summary**

5. On May 4, 2020, Peoria Police Officers Ryan Isonhart and Matheson Wood developed probable cause to conduct a traffic stop of a 2010 Chevrolet Malibu. Officer Isonhart activated the emergency lights and siren of their vehicle to conduct a traffic stop. Eric NUNN was the driver of the listed vehicle. NUNN was known by these officers to have a suspended driver's license. NUNN was placed under arrest.

6. Officers Isonhart and Wood both smelled the odor of fresh cannabis emanating from the vehicle. While arresting NUNN, Officer Wood observed cannabis in plain view in driver's side door handle. Officer Wood located a quantity of ecstasy pills and cannabis in a black bag that was located on the driver's seat. Officer Isonhart had observed the front seat passenger, Simone McShan, reaching for and grabbing onto the black bag. Officer Miller located a handgun underneath the driver's seat. Rashaard Nunn was the rear passenger on the passenger side. Officer Wood located nine (9) individual bags of cannabis on Rashaard's person.

7. Peoria Police CSU Officer Buss responded to process the firearm. The firearm is further described as a Springfield Armory XD-9, 9mm, with the serial number #XD 170279. The handgun was loaded with a round in the chamber. The handgun has not been previously reported as stolen.

8. Your Affiant and Officer Miller interviewed NUNN at the Peoria Police Department. NUNN was advised of his Miranda rights. NUNN agreed to an interview. NUNN denied any knowledge of the gun. NUNN consented to collection of DNA and to a search of his phone. NUNN signed both consent forms and provided your Affiant

2

with the passcode to his phone. During a review of NUNN's phone, a video was located that was dated Friday, May 1, 2020. The video showed NUNN with a handgun tucked under his arm that appears to be the handgun that Officer Miller located under the driver's seat. NUNN acknowledged he was a felon and knew he could not possess a firearm.

9. Record checks indicate that NUNN has been previously convicted of a crime punishable by more than one year in prison.

10. The firearm possessed by NUNN was manufactured outside of the state of Illinois.

                                    s/Brendan Westart
                                    Brendan Westart, Task Force Officer
                                      Bureau of Alcohol, Tobacco, Firearms &
                                      Explosives

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 6th day of May, 2020.

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois

3